**FILED**
**CLERK**

9:22 am, Apr 19, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MELANIE POSNER,

                        Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
----------------------------------------------------------------x

Civil Action No.: 2:20-cv-02276

(Brown, J.)

       IT IS HEREBY STIPULATED AND AGREED by and between counsel for the plaintiff, LAURA STANLEY, and counsel for the defendant, COMMISSIONER OF SOCIAL SECURITY ("the Commissioner"), that pursuant to the fourth sentence of 42 U.S.C. § 405(g),the Commissioner's final decision dated February 26, 2019, is reversed, and plaintiff's claim for disability insurance benefits filed on September 7, 2016, is remanded for further administrative proceedings. Upon remand, the Appeals Council will direct an ALJ to: (1) offer the plaintiff the opportunity for a new ALJ hearing; and (2) issue a new ALJ decision.

       The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

Dated: April 16, 2021

                        RONALD L. EPSTEIN, ESQ.
                        *Attorney for Plaintiff*
                        Grey & Grey, L.L.P.
                        360 Main Street
                        Farmingdale, New York 11735

           By:     */s/ Ronald L. Epstein*
                        RONALD L. EPSTEIN
                        (516) 249-1342
                        Repstein@greyandgrey.com

2

*Posner v. Commissioner of Social Security, 2:20-cv-02276-GRB Stipulation and Order of Remand*

Dated: April 16, 2021

MARK J. LESKO
Acting United States Attorney
Eastern District of New York
*Attorney for Defendant*
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

By:    */s/ Dennis J. Canning*
DENNIS J. CANNING
Special Assistant United States Attorney
(845) 216-4853 (temp)
dennis.canning@ssa.gov

SO ORDERED:

/s/ Gary R. Brown
HONORABLE GARY R. BROWN
DISTRICT JUDGE
UNITED STATES DISTRICT COURT

Dated: 4/19/2021