**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MELANIE POSNER,

                Plaintiff,                      **JUDGMENT**
  - against -                                      CV 20-2276 (GRB)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

A Stipulation and Order of the Honorable Gary R. Brown, United States District Judge, having been filed on April 19, 2021; reversing the Commissioner's final decision dated February 26, 2019; remanding plaintiff's claim for disability insurance benefits filed on September 7, 2016 for further administrative proceedings; ordering the Appeals Council upon remand to direct an Administrative Law Judge ("ALJ") to: (1) offer the plaintiff the opportunity for a new ALJ hearing, and (2) issue a new ALJ decision; and directing the Clerk of the Court to enter judgment in this case, it is

**ORDERED AND ADJUDGED** that the Commissioner's final decision dated February 26, 2019 is reversed; that plaintiff's claim for disability insurance benefits on September 7, 2016 is remanded for further administrative proceedings; that upon remand, Appeals Council will direct an ALJ to: (1) offer the plaintiff the opportunity for a new ALJ hearing, and (2) issue a new ALJ decision; and that this case is closed.

Dated: April 19, 2021
       Central Islip, New York

                                                                        DOUGLAS C. PALMER
                                                                          CLERK OF THE COURT
                                                           By:    /s/ James J. Toritto
                                                                                      Deputy Clerk